Dismissed and Memorandum Opinion filed January 22, 2004









Dismissed and Memorandum Opinion filed January 22,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-01136-CV

____________

 

KATHLEEN A. COX,
Appellant

 

V.

 

JEREMIAH VALDEZ and CAMPBELL CONCRETE
AND MATERIALS, L.P., Appellees

 



 

On Appeal from the 189th
District Court

Harris County, Texas

Trial Court Cause No. 99-58262

 



 

M E M O R A N D U M  
O P I N I O N

This is an appeal from a judgment signed July 26, 2002.

On January 14, 2004, appellant filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed January 22, 2004.

Panel consists of Justices Yates,
Hudson, and Fowler.